339 F.2d 887
 Mary Frances HENRY, Plaintiff-Appellant,
v.
GENERAL MOTORS CORPORATION, Defendant-Appellee.
 No. 229, Docket 29159.
 United States Court of Appeals Second Circuit.
 Argued Dec. 11, 1964.
Decided Dec. 11, 1964.
 
 John F. Henry, Mattydale, N.Y., for plaintiff-appellant.
 Costello, Cooney & Fearon, Syracuse, N.Y. (Charles E. Cooney, Jr., Syracuse, N.Y., Edward J. McGratty, Jr., Detroit, Mich.), for defendant-appellee.
 Before WATERMAN, MOORE and KAUFMAN, Circuit Judges.
 PER CURIAM.
 
 
 1
 The order below dismissing the complaint of plaintiff-appellant is affirmed on the opinion below of Judge Brennan, D.C., 236 F.Supp. 854.